**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donna M. Pettiway                              CHAPTER 13
                    Debtor(s)

                                                     BKY. NO. 19-14291 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
31 Mar 2021, 11:08:06, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322