## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Donna M. Pettiway
                Debtor(s)

Lakeview Loan Servicing LLC
                v.
Donna M. Pettiway
                and
William C. Miller Esq.
                Trustee

Chapter 13

NO. 19-14291 MDC

## **ORDER**

AND NOW, this 22nd day of April 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 23, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7519 Bingham Street Philadelphia, PA 19111.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Donna M. Pettiway
7519 Bingham Street
Philadelphia, PA 19111

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532