Certificate Number: 12433-PAE-DE-038769938

Bankruptcy Case Number: 19-14291



12433-PAE-DE-038769938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2024, at 9:00 o'clock PM EDT, Donna M. Pettiway completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 15, 2024              By:   /s/Lisa Susoev

                                    Name: Lisa Susoev

                                    Title: Teacher