United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donna M Pettiway  
    Debtor

Case No. 19-14291-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 15, 2024      Form ID: 138OBJ      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna M Pettiway, 7519 Bingham Street, Philadelphia, PA 19111-2701 |
| 14353248 | | AFS Acceptance, Attn: Bankruptcy, 1475 W Cypress Rd, Ste 300, Fort Lauderdale, FL 33309 |
| 14353254 | + | Collection Recovery Services, Inc., 29 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14353255 | + | Commonwealth of Pennsylvania, Department of Revenue, 1400 Spring Garden St, Rm 1206, Philadelphia, PA 19130-4414 |
| 14353260 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14596463 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14359477 | + | Lakeview Loan Servicing LLC, c/o Daniel Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14353268 | | Pennsylvania Hospital PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14353281 | | The Eye Institute at Oak Lane, LB# 7615, PO Box 95000, Philadelphia, PA 19195-0001 |
| 14402252 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14357021 | + | Email/Text: bk@afsacceptance.com | Aug 15 2024 23:55:00 | AFS Acceptance, LLC, 1475 W Cypress Creek Rd #300, Fort Lauderdale, FL 33309-1931 |
| 14356423 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 23:58:05 | AIS Portfolio Services, LP, Account: XXXXXXXXX8435, Attn: Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14353252 | | Email/Text: g17768@att.com | Aug 15 2024 23:55:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 14353249 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 15 2024 23:55:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14353250 | + | Email/Text: jvalencia@amhfcu.org | Aug 15 2024 23:55:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14417927 | | Email/Text: megan.harper@phila.gov | Aug 15 2024 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14353253 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 16 2024 00:22:16 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-14291-amc   Doc 56   Filed 08/17/24   Entered 08/18/24 00:32:00   Desc Imaged
                         Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 15, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14356065 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 16 2024 00:09:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14358643 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 23:57:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14353256 | + | Email/Text: bankruptcy@credencerm.com | Aug 15 2024 23:55:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14353257 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2024 23:57:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14353258 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 23:58:09 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14353259 | + | Email/Text: bknotice@ercbpo.com | Aug 15 2024 23:55:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14353261 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2024 23:58:10 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14353262 | + | Email/Text: bankruptcy@sccompanies.com | Aug 15 2024 23:55:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 14353263 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2024 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14359350 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 23:57:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14596201 | ^ | MEBN | Aug 15 2024 23:41:52 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14387673 | ^ | MEBN | Aug 15 2024 23:41:44 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14353264 | | Email/Text: camanagement@mtb.com | Aug 15 2024 23:55:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14353265 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 23:55:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14353266 | + | Email/Text: bankruptcy@sccompanies.com | Aug 15 2024 23:55:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14367098 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 15 2024 23:55:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14353270 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 23:57:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14386894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 00:10:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14353267 | ^ | MEBN | Aug 15 2024 23:41:54 | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14353269 | + | Email/Text: bankruptcy1@pffcu.org | Aug 15 2024 23:55:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14368733 | + | Email/Text: bankruptcy1@pffcu.org | Aug 15 2024 23:55:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14376302 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 23:55:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14353278 | + | Email/Text: lmagnani@arsincusa.com | Aug 15 2024 23:55:00 | SKO Brenner American, Inc., 40 Daniel Street, P.O. Box 406, Farmingdale, NY 11735-0406 |
| 14353276 | | Email/Text: bankruptcy@sccompanies.com | | |

Case 19-14291-amc   Doc 56   Filed 08/17/24   Entered 08/18/24 00:32:00   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2024 23:55:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14353277 | + | Email/Text: clientservices@simonsagency.com | Aug 15 2024 23:55:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14354355 | ^ | MEBN | Aug 15 2024 23:42:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2024 23:57:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14359616 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 23:57:40 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14353280 | + | Email/Text: bncmail@w-legal.com | Aug 15 2024 23:55:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14356302 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 15 2024 23:57:40 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14753304 | + | Email/Text: EBN@edfinancial.com | Aug 15 2024 23:55:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14353282 | + | Email/Text: webadmin@vhllc.co | Aug 15 2024 23:55:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |
| 14384578 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 23:57:05 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14353283 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 15 2024 23:55:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14353251 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14353271 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14353272 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14353273 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14353274 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14353275 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 15, 2024 | Form ID: 138OBJ | Total Noticed: 53

Date: Aug 17, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Donna M Pettiway dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 55 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Donna M Pettiway )  Case No. 19−14291−amc
   )
   )
   Debtor(s). )  Chapter: 13
   )
   )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 15, 2024                                       For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                  Clerk of Court